# NATIONAL REGISTERED AGENTS, INC

## *SERVICE OF PROCESS SUMMARY TRANSMITTAL FORM*

To: Araceli Deleon
Swift Transportation Services, LLC
2200 S 75th Ave
Phoenix, AZ 85043-7410

SOP Transmittal # 541513271

Entity Served:   SWIFT TRANSPORTATION CO. OF ARIZONA, LLC  (Domestic State: DELAWARE)

Enclosed herewith are legal documents received on behalf of the above captioned entity by National Registered Agents, Inc or its Affiliate in the State of ARIZONA on this 03 day of May, 2022. The following is a summary of the document(s) received:

1. **Title of Action:**  Re: STEPHEN CHAPMAN II // To: SWIFT TRANSPORTATION CO. OF ARIZONA, LLC

2. **Document(s) Served:**   Other: --

3. **Court of Jurisdiction/Case Number:** None Specified
   Case # 2022CA127

4. **Amount Claimed, if any:**  N/A

5. **Method of Service:**

   _X_ Personally served by:     _X_ Process Server      ___ Law Enforcement      ___ Deputy Sheriff      ___ U. S Marshall

   ___ Delivered Via:         ___ Certified Mail      ___ Regular Mail       ___ Facsimile

   ___ Other (Explain):

6. **Date and Time of Receipt:**   05/03/2022 12:28:00 PM CST

7. **Appearance/Answer Date:**  None Specified

8. **Received From:**    None Specified         9. **Carrier Airbill #** 1ZY041160190803692

   10. **Call Made to:** Not required

11. **Special Comments:**
SOP Papers with Transmittal, via  UPS Next Day Air

Image SOP

Email Notification,  Anne Rowell  anne_rowell@swifttrans.com

Email Notification,  Araceli Deleon  Araceli_Deleon@swifttrans.com


**Registered Agent: NATIONAL REGISTERED AGENTS, INC**          CopiesTo:

888-579-0286 - Telephone
602-248-4441 - Fax

ORIGINAL



# PROCESS SERVER DELIVERY DETAILS

**Date:**  Tue, May 3, 2022
**Server Name:**  Drop Service

| Entity Served | SWIFT TRANSPORTATION CO OF ARIZONA LLC |
|---|---|
| Case Number | 2022CA127 |
| Jurisdiction | AZ |

| Inserts | | |
|---|---|---|
| | | |



IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR
PUTNAM COUNTY, FLORIDA

CASE NO: 2022 CA 127
DIVISION:

STEPHEN CHAPMAN II,

    Plaintiff,

v.

SWIFT TRANSPORTATION
CO OF ARIZONA, LLC, and
RICKY MCCALL, JR.,

    Defendants,
_____/

## SUMMONS

THE STATE OF FLORIDA:

To all and singular sheriffs of said state:

YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint in the above-styled cause upon the Defendant:

    Swift Transportation Co of Arizona LLC
    2200 S 75th Avenue
    Phoenix, Arizona 85043

Defendant is hereby required to serve written defenses to said Complaint on **Albert H. Lechner, Esquire, Morgan & Morgan, P.A., 2601 N. Ponce de Leon Blvd., St. Augustine, FL 32084, Telephone (904) 417-4170, within twenty (20) days after service of this Summons upon you**, exclusive of the day of service, and to file the original of said written defenses with the Clerk of said Court either before service on Plaintiff's attorney or immediately thereafter. If you fail to do so, a default will be entered against you for the relief demanded in the Complaint.

In accordance with the Americans With Disabilities Act, persons with disabilities needing a special accommodation to participate in this proceeding should contact Court Administration, 4010 Lewis Speedway, St. Augustine, Florida at 904/819-3600 no later than 5 business days prior to the proceeding. If hearing impaired, please contact (TDD) 1-800-955-8771 or Voice (V) 1-800-955-8770 via Florida Relay Service.

    WITNESS my hand and seal of this Court on this __26TH__ day of ____APRIL____, 2022.

Clerk of the Circuit Court
MATT REYNOLDS

By _____
As Deputy Clerk

Electronically Filed Putnam Case # 2022000127CAAXMX 04/25/2022 10:04:50 AM

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera; si usted desea que el tribunal considere su defensa, debe presentar su repuesta por escrito, incluyendo el numero del caso y los numbres de las partes interesadas en dicho caso. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado immediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su centa, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted inviar por correo o entregar una copia de su respuesta a la persona denuminada abajo como "Plaintiff/Plaintiff's Attorney." (Demandate o Abogado del Demanadante).

"De acuerdo con el Acto o' Decreto de los Americanos con Impedimentos Inhabilitados, personas en necesidad del servicio especial para particpar en estee procedimiento deberan, dentro de un tiempo razonable, antes de cualquier procedimiento, ponerse en un tiempo razonable, antes de cualquier procedimiento, ponerse en contacto con la oficina Administrativa de la Corte, Telefono (TDD) 1-800-955-8771 o Voice (V) 1-800-955-8770, via Florida Relay Service"

## IMPORTANT

Des poursuites judiciaries ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cet'te citation pour deposer une response ecrite a la plainte ci-jointe aupres de ce Tribunal. Un simple coup de telephone est insuffisant pour vous proteger' vous etes oblige de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le Tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du Tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une response ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

En accordance avec la Loi des "Americans With Disabilities". Les personnes en besoin d'une accomodation speciale pour participer a ces procedures doivent, dans un temps raisonable, avant d'entreprendre aucune autre demarche, contracter l'office administrative de la Court situe au le telephone ou (TDD) 1-800-955-8771 ou Voice (V) 1-800-955-8770, via Florida Relay Service.

**MORGAN & MORGAN, P.A.**
Albert H. Lechner, Esquire
2601 N. Ponce de Leon Blvd.
St. Augustine, Florida 32084
(904) 417-4170

2