IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR
PUTNAM COUNTY, FLORIDA

CASE NO: 2022 CA 127
DIVISION:

STEPHEN CHAPMAN II,

    Plaintiff,

v.

SWIFT TRANSPORTATION
CO OF ARIZONA, LLC, and
RICKY MCCALL, JR.,

    Defendants,
_____/

## COMPLAINT

Plaintiff, STEPHEN CHAPMAN II, by and through his undersigned attorney sues Defendants, SWIFT TRANSPORTATION CO. OF ARIZONA, LLC and RICKY MCCALL, JR. and alleges:

1. This is an action for damages that exceeds the sum of One Hundred Thousand Dollars ($100,000.00), exclusive of costs, interest and attorneys' fees (the estimated value of Plaintiff's claim is in excess of the minimum jurisdictional threshold required by this Court). Accordingly, Plaintiff has entered "$100,000" in the civil cover sheet for the "estimated amount of the claim" as required in the preamble to the civil cover sheet for jurisdictional purposes only (the Florida Supreme Court has ordered that the estimated "amount of claim" be set forth in the civil cover sheet for data collection and clerical purposes only). The actual value of Plaintiff's claim will be determined by a fair and just jury in accordance with Article 1, Section 21, Fla. Const.

1

2. At all times material hereto, the Plaintiff, STEPHEN CHAPMAN II was a resident of St. Augustine, St. Johns County, Florida.

3. At all times material hereto, the Defendant, RICKY MCCALL, JR., was a resident of Greenville, Butler County, Alabama.

4. At all times material hereto, the Defendant, SWIFT TRANSPORTATION CO. OF ARIZONA, LLC, was a Foreign Profit Corporation licensed to do business and doing business in the State of Florida.

5. On or about June 15, 2021, the Plaintiff, STEPHEN CHAPMAN II operated a motor vehicle traveling East on SR-100 approaching SR-26 in Putnam County, Florida.

6. At that time and place, the Defendant, RICKY MCCALL, JR., operated a motor vehicle traveling West on SR-100 approaching SR-26 in Putnam County, Florida.

7. At that time and place, the Defendant, RICKY MCCALL, JR., negligently operated or maintained the aforesaid motor vehicle by failing to yield and striking Plaintiff's vehicle thereby causing his injuries.

## COUNT I
## VICARIOUS LIABILITY-SWIFT TRANSPORTATION CO. OF ARIZONA, LLC

Plaintiff, STEPHEN CHAPMAN II, re-alleges and incorporates paragraphs 1 through 7 and further states:

8. At that time and place, Defendant, RICKY MCCALL, JR., was employed by Defendant, SWIFT TRANSPORTATION CO. OF ARIZONA, LLC.

9. At said time and place, Defendant, RICKY MCCALL, JR., was in the course and scope of his employment for the Defendant, SWIFT TRANSPORTATION CO. OF ARIZONA, LLC, when Defendant, RICKY MCCALL, JR.'s vehicle negligently collided with the Plaintiff's vehicle.

2

10. Defendant, SWIFT TRANSPORTATION CO. OF ARIZONA, LLC, is vicariously liable for the negligence of its employee, and/or agent RICKY MCCALL, JR., who was acting within the course and scope of his employment at the time of the crash.

11. As a direct and proximate result of the negligence of Defendant, RICKY MCCALL, JR., Plaintiff suffered and incurred:

    A. Significant and permanent loss of an important bodily function and/or permanent and significant scarring;

    B. Permanent injury within a reasonable degree of medical probability other than scarring or disfigurement;

    C. Aggravation or activation of an existing disease or physical defect;

    D. Pain, suffering, disability, physical impairment, mental anguish, inconvenience, and a loss of capacity for the enjoyment of life;

    E. Expenses of medical care and treatment in the past and in the future; and or wage loss

    F. An aggravation of a previous medical condition.

All losses are continuing and/or permanent

12. Plaintiff, STEPHEN CHAPMAN II, will suffer or incur the injuries, expenses and impairment in the future.

WHEREFORE, the Plaintiff, STEPHEN CHAPMAN II demands judgment for damages against the Defendant, SWIFT TRANSPORTATION CO. OF ARIZONA, LLC, and other such relief deemed proper by the Court. Plaintiff also demands a jury trial on all issues so triable.

## COUNT II
## NEGLIGENCE- RICKY MCCALL, JR.

Plaintiff, STEPHEN CHAPMAN II, re-alleges and incorporates paragraphs 1 through 7 and further states:

3

13. At that time and place, Defendant, RICKY MCCALL, JR., negligently operated and/or maintained the vehicle so that it collided with the front of the Plaintiff's vehicle, thereby causing his injuries.

14. As a direct and proximate cause of Defendant, RICKY MCCALL, JR.'s, negligence, Plaintiff suffered and incurred:

    A. Significant and permanent loss of an important bodily function and/or permanent and significant scarring;

    B. Permanent injury within a reasonable degree of medical probability other than scarring or disfigurement;

    C. Aggravation or activation of an existing disease or physical defect;

    D. Pain, suffering, disability, physical impairment, mental anguish, inconvenience, and a loss of capacity for the enjoyment of life;

    E. Expenses of medical care and treatment in the past and in the future; and or wage loss

All losses are continuing and/or permanent

15. Plaintiff, STEPHEN CHAPMAN II, will suffer or incur the injuries, expenses and impairment in the future.

**WHEREFORE,** Plaintiff, STEPHEN CHAPMAN II, demands judgement for damages against Defendant, MAGHEE MOREIRA, and other such relief deemed proper by the Court. Plaintiff also demands a jury trial on all issues so triable.

Respectfully submitted this 25th day of April, 2022.

                            **MORGAN & MORGAN**

                            /s/ Albert H. Lechner, Esq.
                            **Albert H. Lechner, Esquire**
                            Florida Bar No.:  0022717
                            2601 N. Ponce De Leon Blvd
                            St. Augustine, Florida 32084
                            Phone: (904) 417-4170
                            E-Mail: alechner@forthepeople.com
                            E-Mail: aandrade@forthepeople.com
                            *Attorney for Plaintiff*

